**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** OHIO

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LANG, JIMMIE LEE | § | Case No. 10-20787 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2010 . The undersigned trustee was appointed on 10/31/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 2,519.92

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,111.98 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1] $ 1,407.94

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/25/2011 and the deadline for filing governmental claims was 04/29/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 351.99 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 351.99 , for a total compensation of $ 351.99 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.40 , for total expenses of $ 6.40 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2011 By:/s/DAVID O. SIMON, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 10-20787 PMC Judge: Pat E. Morgenstern-Clarren
Case Name: LANG, JIMMIE LEE

For Period Ending: 10/11/11

Trustee Name: DAVID O. SIMON, TRUSTEE
Date Filed (f) or Converted (c): 10/31/10 (f)
341(a) Meeting Date: 12/09/10
Claims Bar Date: 03/25/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE-3996 EAST 148TH ST. | 59,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND AND ON DEPOSIT | 815.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 5,150.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. JEWELRY | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. FEDERAL & STATE TAX REFUNDS-2010 | Unknown | 1.00 | | 2,519.87 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.05 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $65,115.00 | $1.00 | | $2,519.92 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/11 Current Projected Date of Final Report (TFR): 10/31/11

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-20787 -PMC
Case Name: LANG, JIMMIE LEE
Taxpayer ID No: *******7788
For Period Ending: 10/11/11

Trustee Name: DAVID O. SIMON, TRUSTEE
Bank Name: Bank of America
Account Number / CD #: *******4585 Money Market Account
Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/11 | 7 | UNITED STATES TREASURY | TAX REFUND | 1124-000 | 2,519.87 | | 2,519.87 |
| 04/21/11 | 001000 | JIMMIE LANG | EXEMPTION CLAIM - TAX REFUNDS | 8100-002 | | 1,111.98 | 1,407.89 |
| 04/29/11 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,407.90 |
| 05/31/11 | 8 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,407.91 |
| 06/30/11 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,407.92 |
| 07/29/11 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,407.93 |
| 08/31/11 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,407.94 |
| 09/12/11 | | Transfer to Acct #*******6226 | Final Posting Transfer | 9999-000 | | 1,407.94 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 2,519.92 | 2,519.92 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 1,407.94 | |
| Subtotal | 2,519.92 | 1,111.98 | |
| Less: Payments to Debtors | | 1,111.98 | |
| Net | 2,519.92 | 0.00 | |

Page Subtotals 2,519.92 2,519.92

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-20787 -PMC
Case Name: LANG, JIMMIE LEE
Taxpayer ID No: *******7788
For Period Ending: 10/11/11

Trustee Name: DAVID O. SIMON, TRUSTEE
Bank Name: Bank of America
Account Number / CD #: *******6226 Checking Account
Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/11 | | Transfer from Acct #*******4585 | Transfer In From MMA Account | 9999-000 | 1,407.94 | | 1,407.94 |

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 1,407.94 | 0.00 | 1,407.94 |
| Less: Bank Transfers/CD's | 1,407.94 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4585 | 2,519.92 | 0.00 | 0.00 |
| Checking Account - ********6226 | 0.00 | 0.00 | 1,407.94 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 2,519.92 | 0.00 | 1,407.94 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 1,407.94 0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-20787
Debtor Name: LANG, JIMMIE LEE
Claims Bar Date: 03/25/11

Page 1
Priority Sequence

Date: October 11, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>UC | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 12/25/10 | $1,000.00 | $1,000.60 | $1,000.60 |
| 000002<br>070<br>UC | KeyBank,N.A.<br>C/O Weltman, Weinberg & Reis Co.,LPA<br>323 W Lakeside Ave Suite 200<br>Cleveland Ohio 44113 | Unsecured | Filed 01/06/11 | $184.00 | $167.71 | $167.71 |
| 000003<br>070<br>UC | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | Filed 01/29/11<br>(3-1) Cavalry Portfolio Services LLC as assignee of GE Money Bank/Sam's Club | $825.00 | $870.10 | $870.10 |
| 000004<br>070<br>UC | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 03/08/11<br>(4-1) GE Capital Corp. | $361.00 | $361.25 | $361.25 |
| 000005<br>070<br>UC | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 03/08/11<br>(5-1) Citibank - THD CONSUMER | $3,279.00 | $3,293.14 | $3,293.14 |
| 000006<br>070<br>UC | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 03/08/11<br>(6-1) Citibank | $2,034.00 | $2,092.41 | $2,092.41 |
| 000007<br>070<br>UC | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | Filed 03/09/11<br>(7-1) collateral = unsecured asset 5333<br>(7-1) submitted by j borkey | $712.00 | $711.27 | $711.27 |
| 000008<br>070<br>UC | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | Filed 03/18/11<br>(8-1) Cavalry Portfolio Services LLC as assignee of HSBC Bank Nevada NA | $1,067.00 | $1,149.70 | $1,149.70 |
| 000009<br>070<br>UC | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Unsecured | Filed 03/22/11 | $924.00 | $924.47 | $924.47 |
| 000010<br>070<br>UC | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | Filed 03/24/11<br>(10-1) Cavalry Portfolio Services LLC as assignee of CitiFinancial | $4,128.00 | $4,189.92 | $4,189.92 |
| | Case Totals: | | | $14,514.00 | $14,760.57 | $14,760.57 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-20787
Case Name: LANG, JIMMIE LEE
Trustee Name: DAVID O. SIMON, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 1,407.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID O. SIMON, TRUSTEE | $ 351.99 | $ 0.00 | $ 351.99 |
| Trustee Expenses: DAVID O. SIMON, TRUSTEE | $ 6.40 | $ 0.00 | $ 6.40 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 358.39 |
| Remaining Balance | $ | 1,049.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,760.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Chase Bank USA, N.A. | $ 1,000.60 | $ 0.00 | $ 71.15 |
| 000002 | KeyBank,N.A. | $ 167.71 | $ 0.00 | $ 11.93 |
| 000003 | Cavalry Portfolio Services, LLC | $ 870.10 | $ 0.00 | $ 61.87 |
| 000004 | Capital Recovery IV LLC | $ 361.25 | $ 0.00 | $ 25.68 |
| 000005 | Capital Recovery IV LLC | $ 3,293.14 | $ 0.00 | $ 234.16 |
| 000006 | Capital Recovery IV LLC | $ 2,092.41 | $ 0.00 | $ 148.78 |
| 000007 | PNC BANK | $ 711.27 | $ 0.00 | $ 50.57 |
| 000008 | Cavalry Portfolio Services, LLC | $ 1,149.70 | $ 0.00 | $ 81.75 |
| 000009 | United Consumer Financial Services | $ 924.47 | $ 0.00 | $ 65.73 |
| 000010 | Cavalry Portfolio Services, LLC | $ 4,189.92 | $ 0.00 | $ 297.93 |

Total to be paid to timely general unsecured creditors $ 1,049.55

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE